FILED BY TB
Deputy Clerk

Jan 11, 2016

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI FLORIDA

PROB 22 (Rev. 10/13)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER (Transferring Court)

CR-05-00921-002-PHX-DGC

DOCKET NUMBER (Receiving Court)

16-20003-TP-MOORE/MCALILEY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Cesar Ernesto Gonzalez<br>Aka: Jorge Gonzalez, Cesar Ernesto Gonzalez-Valdez, Daniel Gonzalez-Valdez, Celso Aldabal | District of Arizona | 2: Phoenix |

| | | NAME OF SENTENCING JUDGE |
|---|---|---|
| | | David G. Campbell<br>U.S. District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/4/2015 | TO 3/3/2020 |
|---|---|---|

OFFENSE

31 U.S.C. § 841(a) (1) and (b) (1) (B) (iii), Possession with Intent to Distribute Cocaine Base, a Class B Felony. 18 U.S.C. § 924(c) (1) (A) (i), Possession of a Firearm in Furtherance of a Drug Trafficking Crime, a Class A Felony.

**PART 1- ORDER TRANFERRING JURISDICTION**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Cesar Ernesto Gonzalez, be transferred with the records of this Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/28/15
Date

David G. Campbell
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-11-15
Effective Date

United States District Judge

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**United States of America**

    **v.**

**Cesar Ernesto Gonzalez**
Aliases: Jorge Gonzalez, Cesar Ernesto
Gonzalez-Valdez, Daniel Gonzalez-
Valdez, Celso Aldabal

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

No.  **CR 05-00921-002-PHX-DGC**

Philip Hantel (Appointed)
Attorney for Defendant

USM#: 05906-359      ICE#: A74050407

**THE DEFENDANT ENTERED A PLEA OF** guilty on 3/24/2008 to Counts 4 and 9 of the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii), Possession with Intent to Distribute Cocaine Base, a Class B Felony offense, as charged in Count 4 of the Indictment; Title 18, U.S.C. §924(c)(1)(A)(i), Possession of a Firearm in Furtherance of a Drug Trafficking Crime, a Class A Felony offense, as charged in Count 9 of the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **ONE HUNDRED THIRTY (130) MONTHS**, with credit for time served.  This term consists of seventy (70) months on Count 4 and sixty (60) months on Count 9, with Count 9 to run <u>consecutive</u> to Count 4.  Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **FIVE (5) YEARS**.  This term consists of five (5) years supervised release on Count 4 and five (5) years supervised release on Count 9, said counts to run concurrently.

Upon request of the defendant, the Court recommends to the Bureau of Prisons that the defendant be placed in an institution in the State of Florida to facilitate visitation with family.

**IT IS FURTHER ORDERED** that all remaining counts (Counts 1, 2, 3 and 7) are dismissed on motion of the United States as to this defendant only.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

    **SPECIAL ASSESSMENT:**  $200.00      **FINE:**  $waived      **RESTITUTION:**  $-0-

The Court finds the defendant does not have the ability to pay and orders the fine waived.

When incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility  Program.

CR 05-00921-002-PHX-DGC                                    Page 2 of 4
USA vs. Cesar Ernesto Gonzalez

Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118.  Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c).  The total special assessment of $200.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count 4 and 9 of the Indictment.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address.  The Court hereby waives the imposition of interest and penalties on any unpaid balances.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant is placed on supervised release for a term of **FIVE (5) YEARS.**    This term consists of five (5) years supervised release on Count 4 and five (5) years supervised release on Count 9, said counts to run concurrently.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

It is the order of the Court that, pursuant to General Order 05-36, which incorporates the requirements of USSG §§5B1.3 and 5D1.2, you shall comply with the following conditions:
1) You shall not commit another federal, state, or local crime during the term of supervision.
2) You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3) You shall report to the Probation Office as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.
4) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5) You shall support your dependents and meet other family responsibilities.
6) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7) You shall notify the probation officer at least ten days prior to any change of residence or employment.
8) You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of alcohol if ordered by the Court in a special condition of supervision.
9) You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner.  Possession of controlled substances will result in mandatory revocation of your term of supervision.
10) You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.
11) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
12) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13) You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
15) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.
16) If you have ever been convicted of a felony, you shall refrain from possessing a firearm,

CR 05-00921-002-PHX-DGC                                              Page 3 of 4
USA vs. Cesar Ernesto Gonzalez

ammunition, destructive device, or other dangerous weapon. If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.

17) Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and thereafter at least two, but no more than two periodic substance abuse tests per year of supervision, pursuant to 18 U.S.C. §§ 3563(a)(5) and 3583(d);

18) If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.

19) You shall pay any monetary penalties as ordered by the Court. You will notify the probation officer of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

20) If you have ever been convicted of any qualifying federal or military offense (including any federal felony) listed under 42 U.S.C. § 14135a(d)(1) or 10 U.S.C. § 1565(d), you shall cooperate in the collection of DNA as directed by the probation officer pursuant to 42 U.S.C. § 14135a(a)(2).

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.

3. You shall provide the probation officer access to any requested financial information.

4. You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

5. You shall reside and participate in a residential re-entry center for 180 days, unless discharged earlier by the probation officer.

6. The defendant shall maintain full-time employment and/or schooling as directed by the probation officer.

7. You shall abstain from all use of alcohol or alcoholic beverages.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

CR 05-00921-002-PHX-DGC                                          Page 4 of 4
USA vs. Cesar Ernesto Gonzalez

The Court orders commitment to the custody of the Bureau of Prisons and recommends:

that the defendant be placed in an institution in the State of Florida to facilitate visitation with family.

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence:  **Monday, June 9, 2008**

DATED this 11th day of June, 2008.

_David G. Campbell_
**David G. Campbell**
**United States District Judge**

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the
institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____         By:_____
**United States Marshal**                          **Deputy Marshal**

CR 05-00921-002-PHX-DGC - Colburn                                              6/9/08 3:10pm

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:05-cr-00921-DGC-2

Case title: USA v. Colburn et al

Date Filed: 09/14/2005
Date Terminated: 06/11/2008

Assigned to: Judge David G Campbell

**Defendant (2)**

**Cesar Ernesto Gonzalez**
*TERMINATED: 06/11/2008*

represented by **Brian Fredrick Russo**
Law Office of Brian F Russo
111 W Monroe St
Ste 1212
Phoenix, AZ 85003
602-340-1133
Fax: 602-258-9179
Email: bfrusso@att.net
*TERMINATED: 01/22/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jason R Leonard**
Morgan & Morgan PA
12800 University Dr., Ste. 600
Ft Myers, FL 33907
239-433-6880
Fax: 239-433-6836
Email: jasonleonard@forthepeople.com
*TERMINATED: 09/22/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Neil Clifford LaBarge**
Law Office of Neil C LaBarge
1 Renaissance Sq
2 N Central Ave
Ste 735
Phoenix, AZ 85004
602-252-4090
Fax: 602-252-2111
Email: nlabarge@cox.net
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Philip Edward Hantel**
Attorney at Law

710 W Roosevelt St.
Phoenix, AZ 85004
602-252-1099
Fax: 602-252-6043
Email: philiphantel@mac.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:841(a)(1) and (b)(1)(B)(iii) - Possession with Intent to Distribute Cocaine Base (4) | Dft is hereby committed to custody of BOP for a term of 130 mos, with credit for time served. This term consists of 70 mos on count 4 and 60 mos on count 9, with count 9 to run consecutive to count 4. Upon release, dft shall be placed on supervised release for a term of 5 yrs. This term consists of 5 yrs of supervised release on count 4 and 5 yrs of supervised release on count 9, said counts to run concurrently. |
| 18:924(c)(1)(A)(i) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime (9) | Dft is hereby committed to custody of BOP for a term of 130 mos, with credit for time served. This term consists of 70 mos on count 4 and 60 mos on count 9, with count 9 to run consecutive to count 4. Upon release, dft shall be placed on supervised release for a term of 5 yrs. This term consists of 5 yrs of supervised release on count 4 and 5 yrs of supervised release on count 9, said counts to run concurrently. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21:846 - Conspiracy to Possess with Intent to Distribute Methamphetamine and Cocaine Base (1) | Dismissed upon motion of USA as to this dft only |
| 21:841(a)(1) and (b)(1)(c) - Possession with Intent to Distribute Methampetamine (2-3) | Dismissed upon motion of USA as to this dft only |
| 18:922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm (7) | Dismissed upon motion of USA as to this dft only |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |

**Plaintiff**

**USA**                                      represented by   **Michael Allen Lee**
                                                              US Attorneys Office - Phoenix, AZ
                                                              2 Renaissance Square
                                                              40 N Central Ave., Ste. 1200
                                                              Phoenix, AZ 85004-4408
                                                              602-514-7500
                                                              Fax: 602-514-7450
                                                              Email: michael.lee3@usdoj.gov
                                                              *TERMINATED: 12/03/2007*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Assistant US Attorney*

                                                              **Raymond K Woo**
                                                              US Attorneys Office - Phoenix, AZ
                                                              2 Renaissance Square
                                                              40 N Central Ave., Ste. 1200
                                                              Phoenix, AZ 85004-4408
                                                              602-514-7500
                                                              Fax: 602-514-7450
                                                              Email: Raymond.Woo@usdoj.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2015 | 176 | SUPERVISED RELEASE TRANSFER OUT PENDING re: Transfer to Southern District of Florida as to Cesar Ernesto Gonzalez. Prob 22 signed on 11/28/15. Return of Prob 22 Form deadline set for 1/29/2016. (MAP) (Entered: 11/30/2015) |
| 06/11/2008 | 162 | JUDGMENT AND COMMITMENT ISSUED as to Cesar Ernesto Gonzalez (2), Count(s) 1, 2-3, 7, Dismissed upon motion of USA as to this dft only; Count(s) 4, 9, Dft is hereby committed to custody of BOP for a term of 130 mos, with credit for time served. This term consists of 70 mos on count 4 and 60 mos on count 9, with count 9 to run consecutive to count 4. Upon release, dft shall be placed on supervised release for a term of 5 yrs. This term consists of 5 yrs of supervised release on count 4 and 5 yrs of supervised release on count 9, said counts to run concurrently. Signed by Judge David G Campbell on 6/11/2008.(LAD) (Entered: 06/11/2008) |
| 06/09/2008 | 163 | PLEA AGREEMENT as to Cesar Ernesto Gonzalez (LAD) (Entered: 06/11/2008) |
| 06/09/2008 | 161 | Minute Entry for proceedings held before Judge David G Campbell: Sentencing as to dft Cesar Ernesto Gonzalez (02) held on 6/9/2008. Judgment to issue.(Court Reporter Patricia Lyons). (TLB, ) (Entered: 06/10/2008) |
| 06/03/2008 | 160 | SENTENCING MEMORANDUM by Cesar Ernesto Gonzalez (Hantel, Philip) (Entered: 06/03/2008) |
| 05/28/2008 | 159 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Cesar Ernesto Gonzalez (Hantel, Philip) (Entered: 05/28/2008) |

| | | |
|---|---|---|
| 03/26/2008 | 157 | ORDER as to Cesar Ernesto Gonzalez. The Court has received and reviewed the March 7, 2008 competency evaluation of Defendant Gonzalez provide by Dr. Kathryn A. Menendez. Consistent with defense counsel's in-court representations, Dr. Menendez finds Defendant to be competent. The report confirms the Court's finding of competency made on the record at Defendant's change of plea hearing. Signed by Judge David G Campbell on 3-26-08.(DGC) This is a text-only order; there is no corresponding.pdf document. (Entered: 03/26/2008) |
| 03/24/2008 | 156 | Minute Entry for proceedings held before Judge David G Campbell: Change of Plea Hearing as to Cesar Ernesto Gonzalez held on 3/24/2008 Dft enters plea of guilty to count(s) 4 and 9 of the Indictment. Sentencing set for 6/9/2008 02:30 PM in Courtroom 603, 401 West Washington Street, Phoenix, AZ 85003 before Judge David G Campbell. ORDER vacate trial date/motion hearings/motions moot. ORDER dft remanded to custody of U.S. Marshal. ORDER a Presentence Investigation Report be prepared. Objections to the presentence report shall be filed not later than 14 days after the presentence report. Other sentencing filings are due 7 days prior to sentencing; responses to be filed not later than 4 days prior ro sentencing. Exhibits from 3/18/08 motion hearing are returned to cnsl.(Court Reporter Patricia Lyons). (Attachments: # 1 Lodged Plea Agreement) (SAT) (Entered: 03/25/2008) |
| 03/21/2008 | 155 | RESPONSE to Motion by USA as to Cesar Ernesto Gonzalez re 150 MOTION in Limine *404 (B) Evidence* (Woo, Raymond) (Entered: 03/21/2008) |
| 03/21/2008 | 154 | RESPONSE to Motion by USA as to Cesar Ernesto Gonzalez re 151 MOTION in Limine *609 (1) Evidence* (Woo, Raymond) (Entered: 03/21/2008) |
| 03/21/2008 | 153 | MOTION for Disclosure/PETITION re: GOVERNMENT'S PETITION AND PROPOSED ORDER TO DISCLOSE GRAND JURY TRANSCRIPT PURSUANT TO FED. R. CRIM. P. 6(e)(3)(E)(i) by USA as to Cesar Ernesto Gonzalez (Woo, Raymond) Modified on 3/24/2008 (SAT). INCORRECT EVENT TYPE SELECTED. THIS ENTRY HAS BEEN MODIFIED FROM "PETITION" TO "MOTION". (Entered: 03/21/2008) |
| 03/21/2008 | 152 | WITNESS LIST by USA as to Cesar Ernesto Gonzalez (Woo, Raymond) (Entered: 03/21/2008) |
| 03/20/2008 | 151 | MOTION in Limine *609 (1) Evidence* by Cesar Ernesto Gonzalez. (Hantel, Philip) (Entered: 03/20/2008) |
| 03/20/2008 | 150 | MOTION in Limine *404(B) Evidence* by Cesar Ernesto Gonzalez. (Hantel, Philip) (Entered: 03/20/2008) |
| 03/20/2008 | 149 | Proposed Jury Instructions by USA as to Cesar Ernesto Gonzalez (Woo, Raymond) (Entered: 03/20/2008) |
| 03/20/2008 | 148 | NOTICE *Verdict* by USA as to Cesar Ernesto Gonzalez (Woo, Raymond) (Entered: 03/20/2008) |
| 03/20/2008 | 147 | NOTICE *JOINT STATEMENT OF THE CASE* by USA as to Cesar Ernesto Gonzalez (Woo, Raymond) (Entered: 03/20/2008) |
| 03/20/2008 | 146 | Proposed Voir Dire by USA as to Cesar Ernesto Gonzalez (Woo, Raymond) (Entered: 03/20/2008) |
| 03/20/2008 | 145 | NOTICE *of Evidence Pursuant to Fed.R.Evid. 404(b)* by USA as to Cesar Ernesto Gonzalez (Woo, Raymond) (Entered: 03/20/2008) |
| 03/20/2008 | 144 | NOTICE *OF PRIOR CONVICTIONS* by USA as to Cesar Ernesto Gonzalez (Woo, Raymond) (Entered: 03/20/2008) |
| 03/20/2008 | 143 | NOTICE *OF EXPERT WITNESSES* by USA as to Cesar Ernesto Gonzalez (Woo, Raymond) (Entered: 03/20/2008) |
| 03/19/2008 | 141 | |

| | | ORDER - IT IS ORDERED that Dft's 153 Motion to Suppress as to Cesar Ernesto Gonzalez (2) is denied. Signed by Judge David G Campbell on 3/19/08.(SAT) (Entered: 03/19/2008) |
|---|---|---|
| 03/18/2008 | 142 | Minute Entry for proceedings held before Judge David G Campbell: Motion Hearing as to Cesar Ernesto Gonzalez held on 3/18/2008. Dft's motion to suppress is taken under advisement. (Court Reporter Patricia Lyons). (SAT) (Entered: 03/19/2008) |
| 03/14/2008 | 140 | RESPONSE to Motion by USA as to Cesar Ernesto Gonzalez re 133 MOTION to Suppress *Confession* (Woo, Raymond) (Entered: 03/14/2008) |
| 02/27/2008 | 138 | ORDER SETTING FINAL PRETRIAL CONFERENCE (CRIMINAL) as to Cesar Ernesto Gonzalez: Pretrial Conference set for 3/24/2008 11:00 AM before Judge David G Campbell.. Signed by Judge David G Campbell on 02/26/08.(DNH) (Entered: 02/27/2008) |
| 02/27/2008 | 137 | ORDER granting 135 Motion to Continue Trial to 04/01/08 at 9:00 a.m. as to Cesar Ernesto Gonzalez (2). That the hearing on the Motion to Suppress be held on 03/18/08 at 2:00 p.m.. Signed by Judge David G Campbell on 02/26/08.(DNH) (Entered: 02/27/2008) |
| 02/25/2008 | 136 | Minute Entry for proceedings held before Judge David G Campbell. Appearances: Raymond Woo for govt; Philip Hantel (appointed) for dft; dft not present, in custody. Status Conference as to Cesar Ernesto Gonzalez held on 2/25/2008. The Court is advised that a motion to continue trial is forthcoming. Trial to be continued by separate order. Hearing on pending motions set for 3/18/2008 02:00 PM before Judge David G Campbell.(Court Reporter Patricia Lyons). This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR, ) (Entered: 02/26/2008) |
| 02/25/2008 | 135 | MOTION to Continue Trial by Cesar Ernesto Gonzalez. (Hantel, Philip) (Entered: 02/25/2008) |
| 02/21/2008 | 134 | ORDER - Considering the 132 Motion to Extend Time to File Pretrial Motions as to Cesar Ernesto Gonzalez (2), THIS COURT ORDERS that the dft's pretrial motions are due by Monday, February 18, 2008. Signed by Judge David G Campbell on 2/20/08.(SAT) (Entered: 02/21/2008) |
| 02/17/2008 | 133 | MOTION to Suppress *Confession* by Cesar Ernesto Gonzalez. (Hantel, Philip) (Entered: 02/17/2008) |
| 02/15/2008 | 132 | MOTION to Extend Time to File Pretrial Motions *By One Business Day* by Cesar Ernesto Gonzalez. (Hantel, Philip) (Entered: 02/15/2008) |
| 02/13/2008 | 128 | Minute Order Set/Reset Hearings as to Cesar Ernesto Gonzalez. Status Conference set for 2/25/2008 01:30 PM before Judge David G Campbell. (LMR, ) (Entered: 02/13/2008) |
| 02/05/2008 | 122 | ORDER - Upon 119 Motion to Continue as to Cesar Ernesto Gonzalez (2), IT IS HEREBY ORDERED that pretrial motions be filed by 2/15/08. FURTHER ORDERED that the trial be continued and reset until 3/11/08 at 9:00 a.m.. Signed by Judge David G Campbell on 2/5/08. (SAT) (Entered: 02/05/2008) |
| 01/22/2008 | 120 | Minute Entry for proceedings held before Judge David G Campbell: Status Hearing as to Cesar Ernesto Gonzalez held 1/22/2008 regarding appointment of new defense counsel. IT IS ORDERED withdrawing Brian Russo, Appointed, as counsel of record and appointing Philip Hantel, Appointed, as counsel of record for Dft Cesar Ernesto Gonzalez.(Court Reporter Patricia Lyons). (SAT) (Entered: 01/24/2008) |
| 01/22/2008 | 119 | Final MOTION to Continue *Trial* by Cesar Ernesto Gonzalez. (Hantel, Philip) (Entered: 01/22/2008) |
| 01/20/2008 | 118 | NOTICE OF ATTORNEY APPEARANCE: Philip Edward Hantel appearing for Cesar Ernesto Gonzalez (Hantel, Philip) (Entered: 01/20/2008) |
| 01/16/2008 | 117 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge David G Campbell. Hearing regarding appointment of new defense counsel as to Cesar Ernesto Gonzalez held on 1/16/2008. IT IS ORDERED setting further Status Hearing for 1/22/2008 03:30 PM in Courtroom 603, 401 West Washington Street, Phoenix, AZ 85003 before Judge David G Campbell. FURTHER ORDERED that the transcript of this proceeding be sealed.(Court Reporter Patricia Lyons). (SAT) (Entered: 01/16/2008) |
| 01/10/2008 | 116 | Minute Order as to Cesar Ernesto Gonzalez - IT IS ORDERED setting hearing regarding Judge Voss' order appointing new defense counsel for 1/16/2008 at 11:00 AM in Courtroom 603, 401 West Washington Street, Phoenix, AZ 85003 before Judge David G Campbell. (SAT) (Entered: 01/11/2008) |
| 01/08/2008 | 115 | Minute Entry for proceedings held before Magistrate Judge Edward C Voss: Plea Hearing as to Cesar Ernesto Gonzalez vacated on 1/8/2008. Dft makes oral request for new cnsl. After discussion with the Court, the Court GRANTS dft's request. Defense cnsl, Brian Russo, will contact the FPD's Office to have new cnsl appointed to represent the dft. New Cnsl is to file a Notice of Substitution at their earliest convenience. (Court Reporter COURTSMART). (SAT) (Entered: 01/08/2008) |
| 01/04/2008 | 114 | NOTICE *OF INTENT TO INTRODUCE EXPERT TESTIMONY* by USA as to Cesar Ernesto Gonzalez (Attachments: # 1 Exhibit)(Woo, Raymond) (Entered: 01/04/2008) |
| 12/14/2007 | 113 | IT IS ORDERED as to Cesar Ernesto Gonzalez, Change of Plea Hearing set for 1/8/2008 at 9:30 AM in Courtroom 304, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Edward C Voss.(ECV)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 12/14/2007) |
| 12/13/2007 | 112 | Minute Order - Settlement Conference set before Magistrate Judge Edward C. Voss was held on 12/13/07 as to Cesar Ernesto Gonzalez. Present: Defendant Cesar Ernesto Gonzalez, defense counsel Brian Russo, AUSA David Lee for Raymond Woo, and court interpreter Marcia Resler. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SMH) (Entered: 12/13/2007) |
| 12/04/2007 | 111 | NOTICE *OF CONFESSIONS* by USA as to Cesar Ernesto Gonzalez (Woo, Raymond) (Entered: 12/04/2007) |
| 12/03/2007 | 110 | NOTICE OF ATTORNEY SUBSTITUTION: Raymond K Woo appearing for USA. Attorney Michael Allen Lee terminated. (Woo, Raymond) (Entered: 12/03/2007) |
| 11/27/2007 | 109 | ORDER - Upon 106 Motion to Continue Trial as to Cesar Ernesto Gonzalez (2), IT IS HEREBY ORDERED that the motions deadline is extended to December 21, 2007. IT IS FURTHER ORDERED that the trial date is continued to January 16, 2008 at 9:00 a.m.. Signed by Judge David G Campbell on 11/27/07. (SAT) (Entered: 11/27/2007) |
| 11/26/2007 | 108 | Minute Entry for proceedings held before Judge David G Campbell. Appearances: Michael Lee for govt; Brian Russo (appointed) for dft; dft not present, in custody. Status Conference as to Cesar Ernesto Gonzalez held on 11/26/2007. Motion to continue trial to be granted by separate order.(Court Reporter Patricia Lyons). This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR, ) (Entered: 11/27/2007) |
| 11/21/2007 | 107 | ORDER granting 102 Motion for Settlement Conference as to Cesar Ernesto Gonzalez (2); setting criminal settlement conference for 12/13/07 at 10:00 a.m. before Magistrate Judge Edward C. Voss; trial currently set for 12/11/07; FURTHER ORDERED that the Adult Probation Department prepare the necessary pre-sentence report for a criminal settlement conference. Signed by Judge David G Campbell on 11/21/2007.(LAD) (Entered: 11/21/2007) |
| 11/21/2007 | 106 | MOTION to Continue Trial by Cesar Ernesto Gonzalez. (Russo, Brian) (Entered: 11/21/2007) |
| 11/19/2007 | 105 | |

| | | Minute Order Set/Reset Hearings as to Cesar Ernesto Gonzalez. Status Conference set for 11/26/2007 01:30 PM before Judge David G Campbell. (LMR, ) (Entered: 11/19/2007) |
|---|---|---|
| 11/16/2007 | 104 | ORDER - Upon 103 Motion to Continue Trial and Extend Motions Deadline as to Cesar Ernesto Gonzalez (2), IT IS HEREBY ORDERED that the motions deadline is extended to November 16, 2007 2007, and the trial date is continued to December 11, 2007 at 9:00 a.m.. Signed by Judge David G Campbell on 11/16/07.(SAT) (Entered: 11/16/2007) |
| 11/16/2007 | 103 | MOTION to Continue by Cesar Ernesto Gonzalez. (Russo, Brian) (Entered: 11/16/2007) |
| 11/15/2007 | 102 | MOTION for Settlement Conference by Cesar Ernesto Gonzalez. (Russo, Brian) (Entered: 11/15/2007) |
| 10/29/2007 | 101 | Minute Entry for proceedings held before Judge David G Campbell. Appearances: Michael Lee for govt; Brian Russo (appointed) for dft; dft not present, in custody. Status Conference as to Cesar Ernesto Gonzalez held on 10/29/2007. The Court is advised that a motion to continue trial is forthcoming.(Court Reporter Patricia Lyons). This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR, ) (Entered: 10/29/2007) |
| 10/19/2007 | 100 | Minute Order Set/Reset Hearings as to Cesar Ernesto Gonzalez. Status Conference set for 10/29/2007 01:30 PM before Judge David G Campbell. (LMR, ) (Entered: 10/19/2007) |
| 08/07/2007 | 97 | ORDER as to Cesar Ernesto Gonzalez, Jury Trial set for 11/13/2007 09:00 AM in Courtroom 603, 401 West Washington Street, Phoenix, AZ 85003 before Judge David G Campbell. Signed by Judge David G Campbell on 8/7/07.(SAT) (Entered: 08/07/2007) |
| 08/06/2007 | 98 | Minute Entry for proceedings held before Judge David G Campbell. Appearances: Michael Lee for govt; Brian Russo (appointed) for dft; dft present, in custody. Status Conference as to Cesar Ernesto Gonzalez held on 8/6/2007. Separate order issued regarding competency and trial date.(Court Reporter Elizabeth Lemke). This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR, ) (Entered: 08/07/2007) |
| 06/20/2007 | 95 | NOTICE OF CORRECTION BY THE CLERK as to Cesar Ernesto Gonzalez re 89 Status Conference. Description of deficiency: Following information was omitted from the docket text: Dft not present and in custody; Tracey Bardorf appearing for Michael Lee for USA and Brian Russo, CJA, for dft. Follow up by Clerks Office: The deficiency indicated above has been addressed by the Clerk. Court use only: LMR. (LAD) (Entered: 06/20/2007) |
| 06/19/2007 | 94 | Minute Order Set/Reset Hearings as to Cesar Ernesto Gonzalez. IT IS ORDERED vacating Status Conference set for 6/18/07 and resetting same for 8/6/2007 03:30 PM before Judge David G Campbell. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR, ) (Entered: 06/19/2007) |
| 06/14/2007 | 93 | Minute Order (TEXT-ONLY) - Due to a scheduling conflict, IT IS ORDERED resetting Status Conference as to dft Cesar Ernesto Gonzalez (02) from 11:00 AM to 3:00 PM, Monday, 6/18/2007 before Judge David G Campbell (TIME CHANGE ONLY). This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (TLB ) (Entered: 06/14/2007) |
| 06/04/2007 | 89 | Minute Entry for proceedings held before Judge David G Campbell. Status Conference as to Cesar Ernesto Gonzalez held on 6/4/2007. discussion held regarding competency exam. Status Conference set for 6/18/2007 11:00 AM before Judge David G Campbell.(Court Reporter Patricia Lyons). This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR, ) Modified on 6/20/2007 (LAD). THE FOLLOWING INFORMATION WAS OMITTED: Dft not present and in custody; Tracey Bardorf appearing for Michael Lee for USA and Brian Russo, CJA, for dft. (Entered: 06/08/2007) |
| 04/30/2007 | 84 | Minute Entry for proceedings held before Judge David G Campbell. Appearances: Michael Lee for govt; Brian Russo (telephonically) (appointed) for dft; dft not present, in custody. |

| | | |
|---|---|---|
| | | Status Conference regarding competency held as to Cesar Ernesto Gonzalez on 4/30/2007. L A T E R: Status Conference set for 6/4/2007 03:00 PM before Judge David G Campbell. (Court Reporter Patricia Lyons). This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR, ) (Entered: 04/30/2007) |
| 04/16/2007 | 82 | Minute Order Set/Reset Hearings as to Cesar Ernesto Gonzalez. Status Conference set for 4/30/2007 02:00 PM before Judge David G Campbell. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR, ) (Entered: 04/16/2007) |
| 11/27/2006 | 65 | Minute Entry for proceedings held before Judge David G Campbell. Appearances: Michael Lee for govt; Brian Russo (appointed) for dft; dft not present, in custody. Status Conference as to Cesar Ernesto Gonzalez held on 11/27/2006. Counsel to submit proposed order regarding competency. This is a text only entry. There is no pdf document attached.(Court Reporter Patricia Lyons). (LMR, ) (Entered: 12/01/2006) |
| 11/16/2006 | 63 | Minute Order Set/Reset Hearings as to Cesar Ernesto Gonzalez. Status Conference set for 11/27/2006 01:30 PM before Judge David G Campbell. (LMR, ) (Entered: 11/16/2006) |
| 10/12/2006 | 59 | ORDER granting 56 Motion to Continue Trial as to Cesar Ernesto Gonzalez (2) and continuing the trial to 12/12/06 at 9:00 a.m. Order extending the pretrial motions deadline to 11/17/06. Signed by Judge David G Campbell on 10/10/06. (TLJ) (Entered: 10/12/2006) |
| 09/26/2006 | 57 | Order 53 Returned Executed on 09/15/06 for psych evaluation as to Cesar Ernesto Gonzalez. (KCS) (Entered: 09/26/2006) |
| 09/26/2006 | 56 | Seventh MOTION to Continue Trial *and Extend Pretrial Motions Deadline* by Cesar Ernesto Gonzalez. (Russo, Brian) (Entered: 09/26/2006) |
| 09/25/2006 | 58 | Minute Entry for proceedings held before Judge David G Campbell. Appearances: Michael Lee for govt; Brian Russo for dft; dft not present, in custody. Status Conference as to Cesar Ernesto Gonzalez held on 9/25/2006. The Court is advised that a motion to continue trial is forthcoming. This is a text only entry. There is no pdf document attached.(Court Reporter Patricia Lyons). (LMR, ) (Entered: 10/04/2006) |
| 09/18/2006 | 55 | Minute Order Set/Reset Hearings as to Cesar Ernesto Gonzalez. Status Conference set for 9/25/2006 01:30 PM before Judge David G Campbell. (LMR, ) (Entered: 09/18/2006) |
| 07/31/2006 | 53 | IT IS ORDEREDgranting 50 Motion as to Cesar Ernesto Gonzalez (2) and that the Marshal Service shcedule an appointment for competency examination and provide the deft transportation.. Signed by Judge David G Campbell on 7/27/06. (TLJ) (Entered: 07/31/2006) |
| 07/28/2006 | 52 | ORDER granting 51 Motion to Continue Trial as to Cesar Ernesto Gonzalez (2); trial reset to 10/10/06 at 9:00am, vacating the status conference set for 7/24/06, pretrial motions due 9/15/06 . Signed by Judge David G Campbell on 7/27/06. (SBU, ) (Entered: 07/28/2006) |
| 07/20/2006 | 51 | Sixth MOTION to Continue Trial *And Extend Pretrial Motions Deadline* by Cesar Ernesto Gonzalez. (Russo, Brian) (Entered: 07/20/2006) |
| 07/20/2006 | 50 | MOTION *For Transportation By The Marshal Service* by Cesar Ernesto Gonzalez. (Russo, Brian) (Entered: 07/20/2006) |
| 07/18/2006 | 49 | Minute Order - Set/Reset Hearings as to Cesar Ernesto Gonzalez. Status Conference set for 7/24/2006 01:30 PM before Judge David G Campbell. (LMR, ) (Entered: 07/18/2006) |
| 06/12/2006 | 47 | AMENDED ORDER as to Cesar Ernesto Gonzalez re 46 Order on Motion to Continue Trial; pretrial motions due 7/14/06; trial reset to 8/8/06 at 9:00am . Signed by Judge David G Campbell on 6/8/06. (SBU) (Entered: 06/12/2006) |
| 06/12/2006 | 46 | ORDER granting 42 Motion to Continue Trial as to Cesar Ernesto Gonzalez (2); pretrial motions deadline is extended to 7/14/07; that the trial is reset to 8/8/06 at 9:00am. Signed by Judge David G Campbell on 6/8/06. (SBU) (Entered: 06/12/2006) |

| 06/08/2006 | 45 | Minute Entry for proceedings held before Judge David G Campbell. Appearances: Michael Lee for govt; Brian Russo for dft; dft not present, in custody. Status Conference as to Cesar Ernesto Gonzalez held on 6/8/2006. Pending motions discussed. Counsel to submit an appropriate motion and proposed order regarding competency examination. Motion to continue trial to be granted by separate order. This is a text only entry. There is no pdf document attached.(Court Reporter Patricia Lyons). (LMR, ) (Entered: 06/09/2006) |
|---|---|---|
| 06/05/2006 | 44 | AMENDED Minute Order Set/Reset Hearings as to Cesar Ernesto Gonzalez. Status Conference set for 6/5/06 vacated and reset for 6/8/2006 02:00 PM before Judge David G Campbell. AMENDED - 6/5/06 STATUS CONFERENCE VACATED. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR, ) (Entered: 06/05/2006) |
| 06/05/2006 | 43 | Minute Order Set/Reset Hearings as to Cesar Ernesto Gonzalez. Status Conference set for 6/2/06 vacated and reset for 6/8/2006 02:00 PM before Judge David G Campbell. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR, ) (Entered: 06/05/2006) |
| 06/05/2006 | 42 | Fifth MOTION to Continue Trial *Continue Status Conference and Extend Pretrial Motions Deadline* by Cesar Ernesto Gonzalez. (Russo, Brian) (Entered: 06/05/2006) |
| 05/24/2006 | 41 | Minute Order Set/Reset Hearings as to Cesar Ernesto Gonzalez. Status Conference set for 6/5/2006 10:30 AM before Judge David G Campbell. (LMR, ) (Entered: 05/24/2006) |
| 05/16/2006 | 40 | ORDERED granting 38 Motion to Vacate Change of Plea Proceedings as to Cesar Ernesto Gonzalez (2). Signed by Judge Edward C Voss on May 16, 2006. (ECV) (Entered: 05/16/2006) |
| 05/15/2006 | 39 | MOTION to Determine Competency *Pursuant to 18 USC 4241* by Cesar Ernesto Gonzalez. (Russo, Brian) (Entered: 05/15/2006) |
| 05/15/2006 | 38 | MOTION to Vacate *Change of Plea Proceedings* by Cesar Ernesto Gonzalez. (Russo, Brian) (Entered: 05/15/2006) |
| 05/15/2006 | 37 | ORDERED granting 36 Motion to Continue Change of Plea Hearing as to Cesar Ernesto Gonzalez (2). Change of Plea hearing continued to 5/23/2006 at 10:30 a.m. before Hon. Edward C. Voss. Signed by Judge Edward C Voss on May 12, 2006. (ECV) (Entered: 05/15/2006) |
| 05/09/2006 | 36 | MOTION to Continue Change of Plea Hearing by Cesar Ernesto Gonzalez. (Russo, Brian) (Entered: 05/09/2006) |
| 04/21/2006 | 32 | ORDER granting dft's 31 Motion to Continue Trial and Pretrial Motions deadline as to Cesar Ernesto Gonzalez (2). Pretrial Motions are now due 5/19/06 and Trial is continued to 6/13/06 at 9:00 a.m.. Signed by Judge David G Campbell on 4/20/06. (KMG) (Entered: 04/21/2006) |
| 04/20/2006 | 31 | Fourth MOTION to Continue Trial *And Extend Pretrial Motions Deadline* by Cesar Ernesto Gonzalez. (Russo, Brian) (Entered: 04/20/2006) |
| 04/14/2006 | 30 | Minute Order Set/Reset Hearings as to Jason James Colburn and Cesar Ernesto Gonzalez. Status Conference set for 4/24/2006 01:30 PM before Judge David G Campbell. (LMR, ) (Entered: 04/14/2006) |
| 02/24/2006 | 29 | ORDER granting 28 Motion to Continue Trial and Pretrial Motions as to Jason James Colburn (1), Cesar Ernesto Gonzalez (2); Pretrial Motions extended to 4/21/06 and the Trial is continued to 5/9/06 at 9:00 a.m. before Judge Campbell.. Signed by Judge David G Campbell on 2/23/06. (LCF) (Entered: 02/24/2006) |
| 02/22/2006 | 28 | |

| | | |
|---|---|---|
| | | Third MOTION to Continue Trial *and Deadline For Filing Motions* by Cesar Ernesto Gonzalez as to Jason James Colburn, Cesar Ernesto Gonzalez. (Russo, Brian) (Entered: 02/22/2006) |
| 02/17/2006 | 27 | Minute Order Set/Reset Hearings - Status Conference as to dfts Colburn and Gonzalez set for 2/27/2006 01:30 PM before Judge David G Campbell. (LMR, ) (Entered: 02/17/2006) |
| 12/30/2005 | 26 | ORDER granting 24 Motion to Continue Trial to 03/14/06 at 9:00 am as to Cesar Ernesto Gonzalez (2); extend pretrial motion deadline to 02/24/06. Signed by Judge David G Campbell on 12/22/05. (DNH, ) (Entered: 12/30/2005) |
| 12/22/2005 | 25 | Minute Entry for proceedings held before Judge David G Campbell. Appearances: Fred Battista for Michael Lee for govt; Patrick McGillicuddy (appointed) for dft Colburn; dft not present, in custody; Brian Russo (appointed) for dft Gonzalez; dft not present, in custody. Status Conference as to Jason James Colburn, Cesar Ernesto Gonzalez held on 12/22/2005. Motion to continue trial discussed. Order to follow. This is a text only entry. There is no pdf document attached. (Court Reporter Patricia Lyons.) (LMR) (Entered: 12/29/2005) |
| 12/20/2005 | 24 | Second MOTION to Continue *Trial And Extend Motions Deadline* by Cesar Ernesto Gonzalez. (Russo, Brian) (Entered: 12/20/2005) |
| 12/15/2005 | 23 | Minute Order Set/Reset Hearings - Status Conference as to dfts Colburn and Gonzalez set for 12/22/2005 10:00 AM before Judge David G Campbell. (LMR, ) (Entered: 12/15/2005) |
| 11/14/2005 | 22 | ORDER granting 21 Motion to Continue Trial to 01/10/06 at 9:00 am as to Cesar Ernesto Gonzalez (2); and extending deadline for pretrial motions to 12/18/06. Signed by Judge David G Campbell on 11/09/05. (DNH, ) (Entered: 11/14/2005) |
| 11/04/2005 | 21 | First MOTION to Continue *Trial and Motions Deadline* by Cesar Ernesto Gonzalez. (Russo, Brian) (Entered: 11/04/2005) |
| 10/18/2005 | 20 | Minute Order Set/Reset Hearings - Status Conference as to dfts Colburn and Gonzalez set for 10/24/2005 01:30 PM before Judge David G Campbell. (LMR) (Entered: 10/18/2005) |
| 10/14/2005 | 19 | ORDER OF DETENTION as to Cesar Ernesto Gonzalez . Signed by Judge David K Duncan on 10/12/05. (DNH, ) (Entered: 10/14/2005) |
| 10/11/2005 | 18 | Minute Entry for proceedings held before Judge David K Duncan :Detention Hearing as to Cesar Ernesto Gonzalez held on 10/11/2005. Dft continued detained pending trial. Plea of NOT GUILTY entered to all pending counts. (Court Reporter Courtsmart.) (DNH, ) (Entered: 10/14/2005) |
| 10/05/2005 | 17 | CJA 20 as to Cesar Ernesto Gonzalez: Appointment of Attorney Jason R Leonard for Cesar Ernesto Gonzalez. (DNH, ) (Entered: 10/12/2005) |
| 09/28/2005 | 12 | Minute Entry for proceedings held before Judge Edward C Voss : SPANISH INTERPRETER NEEDED as to Cesar Ernesto Gonzalez (1) Lita Van Duzer/Spanish.Status Hearing re: DH as to Cesar Ernesto Gonzalez held on 9/28/2005. Detention Hearing set for 10/11/2005 01:30 PM in Courtroom 305, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge David K Duncan. Defendant ordered termporarily detained in the custody of the United States Marshal. Defendant waives time limits for the setting of this hearing.(Courtsmart) (SAT) (Entered: 10/03/2005) |
| 09/28/2005 | 10 | BENCH Warrant Returned Executed on 9/22/2005 in case as to Cesar Ernesto Gonzalez. (LAD, ) (Entered: 09/30/2005) |
| 09/22/2005 | 8 | AMENDED Minute Entry for proceedings held before Magistrate Judge Lawrence O Anderson :Added attorney Brian Fredrick Russo for Cesar Ernesto Gonzalez. Attorney Jason R Leonard terminated in case as to Cesar Ernesto Gonzalez. Minutes amended to reflect that |

| | | Brian Russo was appointed to represent the defendant and not Jason Leonard. (Recorded on CourtSmart.) (SMA) (Entered: 09/29/2005) |
|---|---|---|
| 09/22/2005 | 6 | Minute Entry for proceedings held before Judge Lawrence O Anderson : Oral Motion by the Government to Unseal the case. GRANTED.Attorney Appointment Hearing as to Cesar Ernesto Gonzalez held on 9/22/2005. FINANCIAL AFFIDAVIT TAKEN. Appointing Jason R Leonard for Cesar Ernesto Gonzalez with Appointment Type: CJA., Initial Appearance as to Cesar Ernesto Gonzalez held on 9/22/2005. Status hrg re: detention set for 9/28/2005 02:00 PM in Courtroom 304, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Edward C Voss. Motions due by 10/7/2005. Jury Trial set for 11/8/2005 09:00 AM in Courtroom 603, 401 West Washington Street, Phoenix, AZ 85003 before Judge David G Campbell. (courtsmart) (PKD) Modified on 9/28/2005 (APJ, ). (Entered: 09/23/2005) |
| 09/21/2005 | | Arrest of Cesar Ernesto Gonzalez (PKD, ) (Entered: 09/23/2005) |
| 09/15/2005 | 5 | BENCH Warrant Issued as to Cesar Ernesto Gonzalez ; ordered by Judge Virginia A Mathis (LAD, ) (Entered: 09/15/2005) |
| 09/14/2005 | 3 | INDICTMENT as to Jason James Colburn (1) count(s) 1, 5-6, 8, Cesar Ernesto Gonzalez (2) count(s) 1, 2-3, 4, 7, 9 with forfeiture allegation (original/ redacted) (LAD) (Entered: 09/15/2005) |
| 09/14/2005 | 2 | ORDER granting 1 Motion to Seal Indictment as to Jason James Colburn (1), Cesar Ernesto Gonzalez (2). Signed by Judge Virginia A Mathis on 9/14/2005. (LAD) (Entered: 09/15/2005) |
| 09/14/2005 | 1 | MOTION to Seal Indictment and Case by USA as to Jason James Colburn, Cesar Ernesto Gonzalez. (LAD) (Entered: 09/15/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/31/2015 11:25:58 | | | |
| PACER Login: | up0316:2987736:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:05-cr-00921-DGC |
| Billable Pages: | 10 | Cost: | 1.00 |

```
 X  ___ FILED        ____ LODGED
 /  ___ RECEIVED     ____ COPY

        SEP 1 4 2005

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
 BY                    DEPUTY
```

# SEALED

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **CR05- 921 PHX-DGC** |
| Plaintiff, | **(ECV)** |
| v. | **INDICTMENT** |
| | VIO: 21 U.S.C. §§ 846, 841(a)(1); (b)(1)(B)(iii) and (viii) (Conspiracy to Possess with Intent to Distribute Methamphetamine and Cocaine Base) Count 1 |
| Jason James Colburn, Counts 1, 5, 6, and 8 | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) (Possession with Intent to Distribute Methamphetamine) Counts 2, 3, 5, and 6 |
| Cesar Ernesto Gonzalez, Counts 1, 2, 3, 4, 7 and 9 | |
| Defendants. | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) Possession with Intent to Distribute Cocaine Base) Count 4 |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of a Firearm) Counts 7 and 8 |
| | 18 U.S.C. §§ 924(c)(1)(A)(i) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime) Count 9 |
| | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 (Forfeiture Allegation) |

THE GRAND JURY CHARGES:

1
## COUNT 1
2        Beginning on a date unknown, but no later than July 26, 2005, and continuing until on

3 or about August 30, 2005, in the District of Arizona and elsewhere, defendants JASON JAMES

4 COLBURN and CESAR ERNESTO GONZALEZ did knowingly combine, conspire,

5 confederate and agree together and with others unknown to the grand jury, to possess with intent

6 to distribute 50 grams or more of a mixture and substance containing a detectible amount of

7 Methamphetamine, a Schedule II controlled substance, and 5 grams or more mixture and

8 substance containing a detectible amount of Cocaine Base, in violation of Title 21, United States

9 Code, Sections 841(a)(1); (b)(1)(B)(iii), and (viii).

10        In violation of Title 21, United States Code, Section 846.

11
## COUNT 2
12        On or about July 26, 2005, in the District of Arizona, defendant CESAR ERNESTO

13 GONZALEZ did knowingly possess with intent to distribute approximately 14 grams of a

14 mixture and substance containing a detectable amount of methamphetamine, its salts, isomers,

15 and salts of its isomers, a Schedule II controlled substance.

16        In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

17
## COUNT 3
18        On or about July 28, 2005, in the District of Arizona, defendant CESAR ERNESTO

19 GONZALEZ did knowingly possess with intent to distribute approximately 5 grams of a mixture

20 and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts

21 of its isomers, a Schedule II controlled substance.

22        In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

23
## COUNT 4
24        On or about July 28, 2005, in the District of Arizona, defendant CESAR ERNESTO

25 GONZALEZ did knowingly possess with intent to distribute 9 grams of a mixture and substance

26 containing a detectable amount of cocaine base, a Schedule II controlled substance.

27        In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

28

## COUNT 5

On or about August 8, 2005, in the District of Arizona, defendant JASON JAMES COLBURN did knowingly possess with intent to distribute approximately 56 grams of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).


## COUNT 6

On or about August 30, 2005, in the District of Arizona, defendant JASON JAMES COLBURN did knowingly possess with intent to distribute approximately 56 grams of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).


## COUNT 7

On or about July 28, 2005, in the District of Arizona, defendant CESAR ERNESTO GONZALEZ, having previously been convicted of the following four felony offenses:

1.     Possession of Drug Paraphernalia, Arizona Superior Court, Maricopa County, cause number CR2001-011104, on or about February 26, 2002;

2.     Criminal Possession of a Forgery Device, Arizona Superior Court, Maricopa County, cause number CR2001-019050, on or about January 30, 2002; and,

3.     Aggravated Assault and Drug Paraphernalia, Arizona Superior Court, Maricopa County, cause number CR2001-019051, on or about January 30, 2002.

each a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a Glock, Model 17, 9mm handgun, serial number GXL610, which firearm had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 8

On or about August 8, 2005, in the District of Arizona, defendant JASON JAMES COLBURN, having previously been convicted of Aggravated Assault, Arizona Superior Court, Maricopa County, caused number CR2000-014863, on or about September 5, 2002, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess an Alder Italy, Model Jager, .22 caliber rifle, serial number 11994, which firearm had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 9

On or about July 28, 2005, in the District of Arizona, defendant CESAR ERNESTO GONZALEZ, during and in relation to drug trafficking offenses as defined in Title 18, United States Code, Section 924(c)(2), that is, conspiracy and possession with intent to distribute mixtures and substances containing detectable amounts of Methamphetamine and Cocaine Base, as alleged in Counts 1, 3, and 4 of this Indictment, which Counts are re-alleged and incorporated by reference herein, all of which are felonies prosecutable in a Court of the United States, did knowingly possess in furtherance of the listed drug trafficking offenses a Glock, Model 17, 9mm handgun, serial number GXL610.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

As the result of committing the foregoing offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), as alleged in the Indictment, defendants JASON JAMES COLBURN and CESAR ERNESTO GONZALEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to the following: a Glock, Model 17, 9mm handgun, serial number GXL610, and an Alder Italy, Model Jager, .22 caliber rifle, serial number 11994.

1        If any of the above-described forfeitable property, as a result of any act or omission of the

2   defendant; (1) cannot be located upon exercise of due diligence; (2) has been transferred or sold

3   to, or deposited with, a third person; (3) has been placed beyond the jurisdiction of the Court;

4   (4) has been substantially diminished in value; or (5) has be commingled with other property

5   which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to

6   Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said

7   defendant up to the value of the above forfeitable property.

8        In violation of Title 18, United States Code, Section 924(d) and Title 28, United States

9   Code, Section 2461.

10

11                                   A TRUE BILL

12

13                             /S/
                               FOREPERSON OF THE GRAND JURY
                               Date: September 14, 2005

14

15   PAUL K. CHARLTON
     United States Attorney
     District of Arizona

16

17

18   MICHAEL A. LEE
     Special Assistant U.S. Attorney

19

20

21

22

23

24

25

26

27

28